IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * * * * | CASE NO.:09-88276-REB |
| VIVIAN R DOHERTY | * * | CHAPTER:13 |
| DEBTOR(S) | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ELECTRONIC SERVICE OF NOTICE

TO THE CLERK,

You are hereby notified that Scott T. Whiteman, Esquire, is the authorized agent of Pasadena Receivables, Inc., a creditor herein.

Please provide a copy of each notice of any proceedings, hearing and/or report in this matter to the authorized agent by electronic service.

Respectfully Submitted,

By: /s/
Scott T. Whiteman, Esquire #27769
Peroutka & Peroutka
8028 Ritchie Hwy, Ste 300
Pasadena MD 21122
(800) 899-2424 05-48700-0